OPINION — AG — ** BOARD OF EDUCATION — PURCHASE OF ANNUNITIES ** A BOARD OF EDUCATION MAY 'NOT' LEGALLY PURCHASE ANNUITIES FOR THE SCHOOL DISTRICT EMPLOYEES FROM ONE WHO HAS BECOME A MEMBER OF SUCH BOARD. (CONFLICT OF INTEREST, BOARD MEMBERS, SCHOOL BOARD) CITE: 62 O.S. 371 [62-371], OPINION NO. 69-263, OPINION NO. 72-180 (CONTRACTS) 70 O.S. 5-124 [70-5-124] (JOE C. LOCKHART)